UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONALD LIKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:19-CV-1768 JCH |
| | ) |
| SCOTT DOWDY, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of the return of proof of service upon defendants Scott Dowdy, Steve Lorts, Ariel Hobb, and Timothy Alexander on November 7, 2019. *See* ECF Nos. 11-14. The four Phelps County Jail employee defendants in this case were served with process by the U.S. Marshals on October 28, 2019. Pursuant to Federal Rule of Civil Procedure 12, defendants' responsive pleadings were due within twenty-one (21) days after being served. As of the date of this Order, nothing has been filed.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, within thirty (30) days of the date of this Order, file appropriate motions for entry of default and for default judgment, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration, with respect to defendants Scott Dowdy, Steve Lorts, Ariel Hobb, and Timothy Alexander.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this Order, along with plaintiff's complaint (ECF No. 1) and the Order issuing process (ECF No. 8), to the

Phelps County Sheriff's Department, 500 West 2nd Street, Rolla, MO 65401, ATTN: Sheriff Richard L. Lisenbe.

**Failure to comply with this order may result in dismissal without prejudice.**

Dated this     2nd     day of December, 2019.

\s\  Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES SENIOR DISTRICT JUDGE